UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-CV-81956-MIDDLEBROOKS/BRANNON

SANTIAGO ABREU,

    Plaintiff,

v.

WARREN'S SHELL, INC.,
d/b/a CUSTOMER 1 TIRE AND AUTO CARE,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on a Joint Stipulation of Dismissal With Prejudice. (DE 16). The Court commends the Parties for their amicable resolution of this matter. The Court notes, however, that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action. Accordingly, it is

**ORDERED and ADJUDGED** that the Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions as **MOOT**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 12 day of June, 2017.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record